NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEONNE R. NEW-HOWARD,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2013-3180

---

Petition for review of the Merit Systems Protection Board in No. PH0752070319-M-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Deonne R. New-Howard moves for a stay of proceedings for 90 days.

The court notes that New-Howard has already been granted three motions for an extension of time to file her opening brief.

Upon consideration thereof,

2                                    NEW-HOWARD v. DVA

IT IS ORDERED THAT:

(1) The motion is granted to the extent that New-Howard has 90 days from the date of this order to file her opening brief.

(2) If New-Howard does not file her opening brief on or before that date, her appeal will be dismissed for want of prosecution.  No further extensions will be granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30